UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY J. MILLER (108538)

VERSUS

GOV. BOBBY JINDAL, ET AL.

CIVIL ACTION

NO. 13-549-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Reports and Recommendations of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 7, 2015 (doc. no. 10). The plaintiff has filed an objection which essentially make the same arguments and has been duly considered by the court.

The court hereby approves the reports and recommendations of the Magistrate Judge and adopts them as the court's opinion herein. Accordingly, this action is DISMISSED as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(g) and 1915A.

Baton Rouge, Louisiana, this ___ day of June, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA